John L. Burris, Esq., SBN 69888
DeWitt M. Lacy, Esq., SBN 258789
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE REBUCAS, et al<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN BRUNO, et al,<br><br>    Defendants. | Case No.: 3:14-cv-03313-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUING CASE MANAGEMENT CONFERENCE

Plaintiffs ANNE REBUCAS, et al and Defendants CITY OF SAN BRUNO, *et. al.* by and through their respective counsel of record, hereby stipulate as follows:

1. A CASE MANAGEMENT CONFERENCE is presently set on April 2, 2015 at 10:30 a.m. for the following actions:

   ANNE REBUCAS, *et al* v. CITY OF SAN BRUNO, *et. al.*

   (3:14-cv-03313-EMC)

2. Plaintiff's counsel is scheduled to begin trial before the Honorable Judge Jacqueline Scott Corley in an unrelated matter (*Andre Little* v. *City of Richmond, et al* 3:13- cv-02067-JSC) on March 23, 2015.

3. Because the current date of the CASE MANAGEMENT CONFERENCE creates a conflict for Plaintiffs' counsel, the parties in this matter have agreed to continue the scheduled Settlement Conference in the matter of REBUCAS, et al v. CITY OF SAN BRUNO, et al. The parties have been advised that available dates for the CASE MANAGEMENT CONFERENCE include May 21, 2015.

5. Accordingly, the undersigned stipulate and agree to continue the Status [Settlement] Conference currently scheduled for April 2, 2015 [2014] at 10:30 a.m. to May 21, 2015 at 10:30 a.m. or, if that date is no longer available, to a future date mutually convenient to both parties and the Court.

IT IS SO STIPULATED.

DATED:  March 19, 2015                 HOWARD ROME MARTIN & RIDLEY, LLP

                                       By:*/s/ Shawn Ridley*
                                          Shawn Ridley
                                          Attorneys for Defendants
                                          CITY OF SAN BURNO, et al

---

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED: March 18, 2015              LAW OFFICES OF JOHN L. BURRIS

2
                                      By: */s/ DeWitt M. Lacy*
3                                         DEWITT M. LACY
                                          Attorneys for Plaintiffs
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

This matter comes before the Court upon both parties' Stipulation to Continue the Settlement Conference. Upon careful scrutiny, and for good cause shown, the Court finds the stipulation well taken and grants the request to continue the Case Management Conference.

Accordingly, it is hereby **ORDERED** that:

1. The Case Management Conference, originally set for hearing on April 2, 2015, at 10:30 a.m. shall be continued to May 21, 2015 at 10:30 a.m.

**IT IS SO ORDERED**.

DATED: March 24, 2015

HONORABLE
LAUREL



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen