TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
SHAWN M. RIDLEY [SBN. 144311]
sridley@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF SAN BRUNO and ANDREW HARPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANNE REBUCAS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BRUNO, et al.<br><br>Defendants. | Case No. C 14-03313 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference presently scheduled for October 1, 2015 at 10:30 a.m. be continued until January 21, 2016, after the Settlement Conference which is presently scheduled with Magistrate Judge Laurel Beeler on December 14, 2015.

The deadline for filing a Joint Case Management Conference Statement will be due one week before the scheduled Case Management Conference.

///

///

1  DATED: September 10, 2015

2
3                                          HOWARD ROME MARTIN & RIDLEY LLP

4                                          By /s/ Shawn M. Ridley
5                                              Todd H. Master
                                               Shawn M. Ridley
6                                              Attorneys for Defendants
                                               CITY OF SAN BRUNO and ANDREW
7                                              HARPER

8  DATED:
9
                                           LAW OFFICES OF JOHN L. BURRIS
10
11
12                                         By /s/ DeWitt M. Lacy
                                               DeWitt M. Lacy
13                                             Attorneys for Plaintiffs

14                                         **ORDER**

15   Pursuant to the above Stipulation, it is hereby ordered that the Case Management

16  Conference be continued until January 21, 2016, at 10:30 a.m. in Courtroom 5, 17th Floor, San

17  Francisco.  The deadline for filing a Joint Case Management Conference Statement will be January

18  14, 2016.

19
20  DATED:     9/14/15

21                                         _____
                                           Honorable Judge Edward M. Chen
22
                                           IT IS SO ORDERED
23                                         /s/ Edward M. Chen
                                           Judge Edward M. Chen
24
25
26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No. C 14-03313 EMC                        2