JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
ANNE REBUCAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE REBUCAS, et al.<br><br>    Plaintiffs,<br><br> vs.<br><br>CITY OF SAN BRUNO, et al.<br><br>    Defendants. | Case No.: 14-03313 EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE THE<br>MANDATORY SETTLEMENT<br>CONFERENCE** |

  The parties to the above-captioned action, through their respective counsel, hereby stipulate to continue the mandatory settlement conference currently scheduled for December 14, 2015 at 11 a.m. before the Honorable Laurel Beeler. The grounds for this stipulation are that Plaintiff's counsel would like to conduct further discovery before the settlement conference.

SO STIPULATED.

1

2  Dated:  December 7, 2015				THE LAW OFFICES OF JOHN L. BURRIS

3

4
						By_____/s/DeWitt M. Lacy_____
5						    DeWitt M. Lacy
						    Attorney for Plaintiff
6

7  Dated: December 7, 2015				HOWARD ROME MARTIN & RIDLEY LLP

8

9						By:  */s/_____
						    Shawn Ridley
10						    Attorney for Defendant
						    *Mr. Ridley has given his permission for
11						    this document to be electronically filed.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
MANDATORY SETTLEMENT CONFERENCE                                    3:14-cv-03313-EMC

2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties herein, IT IS HEREBY ORDERED that the mandatory settlement conference currently scheduled for December 14, 2015, be continued to January 22, 2016, with the Honorable Laurel Beeler. Settlement Conference Statements due January 15, 2016. The Settlement Order issued on December 3, 2014, ECF No. 25 remains in affect.

**IT IS SO ORDERED.**

DATED: December __8__, 2015

_____
HONORABLE JUDGE BEELER