JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
ANNE REBUCAS, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANNE REBUCAS, et al. <br>         Plaintiffs, <br> vs. <br> CITY OF SAN BRUNO, et al. <br>         Defendants. | Case No.: 3:14-cv-03313-EMC <br><br> **STIPULATION AND [PRO̶P̶O̶S̶ED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
|---|---|

The parties to the above-captioned action, through their respective counsel, hereby stipulate to continue the Case Management Conference currently scheduled for January 14, 2015 at 10:30 a.m. to February 18, 2016 at 10:30 a.m. The grounds for this stipulation are that the parties would like the Case Management Conference to occur after the Settlement Conference, which has been re-scheduled for January 22, 2015.

SO STIPULATED.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE   3:14-cv-03313-EMC

- 1 -

1 | Dated:  December 8, 2015          THE LAW OFFICES OF JOHN L. BURRIS

By     /s/DeWitt M. Lacy_____
    DeWitt M. Lacy
    Attorney for Plaintiffs

6 | Dated: December 8, 2015           HOWARD ROME MARTIN & RIDLEY LLP

By: _*/s/_____
    Shawn Ridley
    Attorney for Defendants
    *Mr. Ridley has given his permission for
    this document to be electronically filed.

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE     3:14-cv-03313-EMC

2

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties herein, IT IS HEREBY ORDERED that the case management conference currently scheduled for January 14, 2015 at 10:30 a.m. be continued to February 18, 2016 at 10:30 am.

**IT IS SO ORDERED.**

DATED: December __16__, 2015



STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE     3:14-cv-03313-EMC

3