JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
ANNE REBUCAS, et al

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE REBUCAS, et al,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN BRUNO, et al,<br><br>　　　　Defendants. | Case No.: 3:14-cv-03313-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　WHEREAS, Counsel for plaintiff has a hearing in Santa Clara County on February 18, 2016;

　　IT IS HEREBY STIPULATED by and between plaintiffs ANNE REBUCAS, et al, and Defendants CITY OF SAN BRUNO, et al, through their counsel of record, in the interests of judicial economy and justice, all would benefit from a continuance of the Further Case Management

///

///

1  Conference presently set for February 18, 2016 to March 3, 2016.

2

3          SO STIPULATED.

4

5  Dated: January 28, 2016                    THE LAW OFFICES OF JOHN L. BURRIS

6

7                                              By   /s/ DeWitt Lacy
                                                  DeWITT M. LACY, Esq.
8                                                 Attorney for Plaintiff

9

10 Dated: January 28 2016                     HOWARD ROME MARTIN & RIDLEY LLP

11

12

13
                                              By  *_____
14                                                Todd Holton Master
                                                  Shawn Michael Ridley
15                                                Joseph C. Howard, Jr.
                                                  Attorneys for Defendants
16                                                CITY OF SAN BRUNO, ET AL
                                                  *Mr.------- *has given his consent to file this*
17                                                *document electronically.*

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, the case management conference in this matter has been continued to March 3, 2016 at 10:30 a.m.  An updated joint CMC statement shall be filed by February 25, 2016.

SO ORDERED.

Dated: ~~January~~ 2/2, 2016



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen