JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
ANNE REBUCAS, et al

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE REBUCAS, et al, | Case No.: 3:14-cv-03313-EMC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCOVERY DEADLINES** |
| CITY OF SAN BRUNO, et al, | |
| Defendants. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, the parties are currently not in possession of the Total Station Laser Scan performed by and during the San Mateo County District Attorney's investigation of the subject incident;

WHEREAS, counsel for Defendants are attempting to secure said Total Station Laser Scan data from the San Mateo County District Attorney's Office and have agreed to produce same to counsel for Plaintiffs if and when received;

WHEREAS, in response to Plaintiffs' request, Defendants have agreed to produce the underlying data obtained from laser scans performed by their designated experts, Ted Kobayashi and Craig Fries;

WHEREAS, Plaintiffs contend that the disclosure of this underlying data is necessary for Plaintiffs' experts to accurately examine the evidence for the purpose of reconstruction and rebuttal, if necessary;

IT IS HEREBY STIPULATED by and between plaintiffs ANNE REBUCAS, et al, and Defendants CITY OF SAN BRUNO, et al, through their counsel of record, in the interests of judicial economy and justice, all would benefit from a continuance of the initial and rebuttal expert report deadlines, which are presently set for January 12, 2017 and February 2, 2017, respectively, (*see* Document No. 53 at 1:27-8) to March 1, 2017.  The parties further agree that the expert discovery cut-off should and will be extended from February 23, 2017 (*see* Document 53 at 2:1) to March 31, 2017.

IT IS SO STIPULATED.

Dated: February 2, 2017            **THE LAW OFFICES OF JOHN L. BURRIS**

By  */s/ DeWitt Lacy*
     DeWITT M. LACY, Esq.
     Attorney for Plaintiff

Dated:  February 2, 2017           HOWARD ROME MARTIN & RIDLEY LLP

By  */s/
     Todd Holton Master
     Shawn Michael Ridley
     Attorneys for Defendants
     CITY OF SAN BRUNO, ET AL
     *Mr.Master has given his consent to file this
     document electronically.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the Court hereby modifies its Case Management and Pretrial Order for Jury Trial (Document No. 53) to extend the deadline for the production of initial and rebuttal expert reports to March 1, 2017 and to extend the expert discovery cut-off to March 31, 2017. The March 9, 2017 motion hearing is vacated.

**SO ORDERED.**

Dated: February __3__, 2017



_____
Judge Edward M. Chen
IT IS SO ORDERED AS MODIFIED