JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
ANNE REBUCAS, et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE REBUCAS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BRUNO, et al.<br><br>Defendants. | Case No. 3:14-cv-03313-EMC<br><br>STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL DATE AND ALL RELATED TRIAL DEADLINES<br><br>**Trial Date: July 17, 2017** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS an agreement in principal has been reached between the parties to resolve this matter in its entirety, which agreement was placed on the record by the Honorable Laurel Beeler and assented to by the parties;

WHEREAS the City Council of San Bruno has approved the proposed settlement;

WHEREAS the proposed Compromise and Release outlining the terms and conditions of the proposed settlement has been reviewed and approved by the parties; and

WHEREAS the only remaining condition to be satisfied in concluding the settlement is to obtain Court approval of a Minor's Compromise,

WHEREFORE the parties stipulate and request that this Court hereby vacate the trial date of July 17, 2017 previously set in this matter, as well as all other trial-related deadlines, pending Court approval of the Minor's Compromise, which will be submitted to the Court for execution by counsel for Plaintiffs after review and approval of same by counsel for defendants.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED.

Dated: July 11, 2017    LAW OFFICES OF JOHN L. BURRIS

By: /s/ *DeWitt M. Lacy*
    DeWitt M. Lacy
    Attorney for Plaintiff ANNE REBUCAS, et al

Dated: July 11, 2017    HOWARD ROME MARTIN & RIDLEY LLP

By: _____
    Todd Holton Master
    Shawn Michael Ridley
    Attorneys for Defendants
    CITY OF SAN BRUNO, et al.

## ORDER

Pursuant to the Stipulation of the parties, the Court hereby orders the trial date of ~~July 17,~~ August 18, 2017 is VACATED, as well as all other trial-related deadlines, pending Court approval of the Minor's Compromise, which will be submitted to the Court for execution by counsel for Plaintiffs after review and approval of same by counsel for defendants. A further CMC is set for August 31, 2017 at 10:30 a.m. An updated joint CMC statement shall be filed by August 24, 2017.

**IT IS SO ORDERED**

Dated: July 12, 2017     By: 

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATED NOTICE OF SETTLEMENT   USDC No.: 3:14-cv-03313-EMC