# CERTIFICATE OF SERVICE
*Rebucas et al v. San Bruno et al*

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA:**

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; My business address is 7677 Oakport Street, Suite 1120, Oakland, California 94621. On the date below, I served on the named parties and /or counsel of record:

**Todd Master**
**Shawn Ridley**
Howard Rome et al LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403

The following documents in the manner checked below: **PLAINTIFFS' STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

☒ **(VIA MAIL -- CCP §§ 1013(a), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at Oakland, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **(VIA PERSONAL DELIVERY -- CCP §§ 1011, 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand delivered on that day by Russ Taylor, in the ordinary course of my firm's business practice.

☒ **(COURTESY COPY VIA E-MAIL or ELECTRONIC TRANSMISSION -- CCP §§ 1013(e), 2015.5, CRC 2008)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail address(es) or the facsimile number listed above. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

☐ **(VIA OVERNIGHT MAIL/COURIER -- CCP §§ 1013(c), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and my correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **August 24, 2017**, at Oakland, California.

_____
Chartia Scott

JOHN L. BURRIS, ESQ., SBN 69888
DEWITT LACY, ESQ., SBN 258789
**THE LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.burris@johnburrislaw.com
Dewitt.Lacy@johnburrislaw.com

Attorneys for Plaintiff
ANNE REBUCAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE REBUCAS, et al.<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BRUNO, et al<br><br>Defendants. | Case No. 3:14-cv-03313-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

///

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, there is presently a Case Management Conference scheduled for August 31, 2017 in this matter (dkt.94);

WHEREAS, Counsel for all parties agree that it is in the interests of judicial economy and justice, all would benefit from a 60 day continuance of the Status Conference presently set for August 31, 2017 to October 30, 2017;

IT IS SO STIPULATED.

Dated: August 24, 2017            THE LAW OFFICES OF JOHN L. BURRIS

By: /s/ DeWitt M. Lacy
DeWitt M. Lacy
Attorney for Plaintiff ANNE REBUCAS, et al.

Dated: August 24, 2017,           By:_____
Todd Master
Shawn Michael Ridley
Attorney for Defendants
CITY OF SAN BRUNO, et al.

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation by and between the parties to this action, through their designated counsel, the Case Management Conference presently scheduled for August ~~31,~~ 2017 `Sept 12, 2017` is hereby CONTINUED to October ~~30~~ `26`, 2017 at 10:30 a.m.

**SO ORDERED.**

Dated: August __29__, 2017



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200