JOHN L. BURRIS ESQ., SBN 69888
DEWITT M. LACY, ESQ., SBN 258789
K. CHIKE ODIWE, ESQ., SBN 315109
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE REBUCAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN BRUNO, et al., <br><br> Defendants. | CASE NO.: 14-cv-03313-EMC <br><br> STIPULATION AND [Proposed] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear its own costs and fees. The parties have fully executed the terms of a Release Agreement and dismissal should be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO STIPULATED.

DATED: 10/17/2017

                              LAW OFFICES OF JOHN L. BURRIS

                        By:  /s/ *DeWitt M. Lacy*
                           JOHN L. BURRIS, ESQ.
                           DEWITT M. LACY, ESQ.
                           K. CHIKE ODIWE, ESQ.
                           Attorneys for Plaintiffs

DATED: 10/17/2017

                              HOWARD ROME MARTIN & RIDLEY LLP

                        By:  * /s/ *Shawn Michael Ridley*
                           TODD HOLTON MASTER, ESQ.
                           SHAWN MICHAEL RIDLEY, ESQ.
                           Attorneys for Defendants
                        * Mr. Ridley has given his consent to
                          file this document electronically.

**ORDER**

IS IT HEREBY ORDERED that Defendants City of San Bruno and DOES 1-25 are dismissed with prejudice from this action, that the entire action is dismissed with prejudice with each party to bear its own costs and fees.

Dated: October 23, 2017

_____
HONORABLE EDWARD CHEN